Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:  email: taibiandassociates@gmail.com

Attorney for Plaintiff JERRY JACKSON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON<br><br>Plaintiff,<br><br>vs.<br>REI DO GADO CORPORATION dba REI DO GADO, et al.<br><br>Defendants. | Case No. 3:18-CV-02658-DMS-BLM<br><br>**JOINT NOTICE OF SETTLEMENT.** |

TO THE COURT, ALL PARTIES OF INTEREST, AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, JERRY JACKSON, and Defendants REI DO GADO CORPORATION dba REI DO GADO, and RELNA LLC (Hereby known as the "Parties"), have reached a settlement in the above-referenced case. A formal settlement agreement has been circulated by and between the Parties for review and approval. Upon the execution and receipt of the required signatures and full payment of the agreement, an executed Stipulation of Dismissal of the entire action, with prejudice, will be filed with the court by Plaintiff's attorney.

RESPECTFULY SUBMITTED,

Dated: March 04, 2019              /s/ Michael a. Taibi, Esq.
                                   MICHAEL A. TAIBI, ESQ
                                   Attorney for Plaintiff
                                   JERRY JACKSON

Dated: March 04, 2019              /s/ Jae Yol Kang, Esq.
                                   Jae Yol Kang, Esq.
                                   Attorney for the Defendant
                                   REI DO GADO CORPORATION
                                   REI DO GADO
                                   RELNA LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jae Yol Kang, Esq. and that I have obtained the signature authorization from afore-referenced attorney to affix his electronic signatures to this document.

Dated: March 4, 2019        /s/ Michael A. Taibi, Esq.
                            /s/ Michael A. Taibi, Esq.
                            Attorney for the Plaintiff
                            JERRY JACKSON

## CERTIFICATE OF SERVICE
## 3:18-cv-02658-DMA-BLM

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 5TH day of March 2019, to all parties of record:

## JOINT NOTICE OF SETTLEMENT

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 5TH day of March 2019, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.