# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>                     Plaintiff,<br><br>     vs.<br><br>REI DO GADO CORPORATION dba REI DO GADO, et al,<br><br>                     Defendants. | Case No. 3:18-cv-02658-DMS-BLM<br><br>**ORDER GRANTING JOINT MOTION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1).** |

On or about April 16, 2019, Plaintiff, Jerry Jackson and Defendant, Rei Do Gado Corporation dba Rei Do Gado, filed a Joint Motion to Dismiss Without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court, for good cause shown, grants the parties'

/ / /

/ / /

/ / /

/ / /

/ / /

Joint Motion to Dismiss Without Prejudice.  Each party will bear their own attorney fees and costs.

     IT IS SO ORDERED.

Dated:  April 17, 2019

                                        Hon. Dana M. Sabraw
                                      United States District Judge